# MAYER·BROWN

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrown.com

October 5, 2009

**John Roberti**
Direct Tel (202) 263-3428
Direct Fax (202) 762-4228
jroberti@mayerbrown.com

BY ECF

Judge Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaze East
Brooklyn, New York 11201

Re:   LaFlamme v. Deutsche Lufthansa AG et al, Case No:
      1:08-cv-01079 (KAM)

Dear Judge Matsumoto:


Defendants UAL Corporation and United Air Lines, Inc. ("United") respectfully submit the attached decision by the United States Court of Appeal for the Sixth Circuit in *Tam Travel v. Delta Airlines, Inc.*, issued on October 2, 2009, as supplemental authority in support of United's Motion to Dismiss the Second Amended Complaint. United's defense of bankruptcy discharge is discussed on pages 6-8 of the attached opinion.


Respectfully submitted,


/s/ John Roberti
John Roberti


cc:   Counsel for all parties (via ECF)

Mayer Brown LLP operates in combination with our associated English limited liability partnership
and Hong Kong partnership (and its associated entities in Asia).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th of October, 2009, a copy of Defendant United Air Lines' Supplemental Authority Letter was filed electronically with the Court and served by electronic mail upon the following counsel:

Andrew Morganti
Kent Andrew Bronson
Paul F. Novak
Peter G.A. Safirstein
William Beecher Scoville, Jr.
Milberg LLP
One Penn Plaza
New York, NY 10119

*Counsel for Eugene M. LaFlamme and World Wide Tours of Mission Valley, Inc.*

Eric Mahr
David W. Ogden
Rachel Z. Stutz
Wilmer Cutler Pickering Hale and Dorr
1875 Pennsylvania Avenue, NW
Washington, DC 20006

*Counsel for Deutsche Lufthansa AG*

Steven Alan Reiss
Martin C. Geagan
Dotan Weinman
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

*Counsel for American Airlines, Inc.*

Gary A. MacDonald
Jeff J. VanHooreweghe
John M. Nannes
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

*Counsel for Koninklijke Luchtvaart Maatschappij N.V.*

James R. Warnot
Ruth E. Harlow
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105

*Counsel for Societe Air France*

                                                              /s/ John Roberti
                                                              John Roberti  (#76397)