**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
EUGENE M. LAFLAMME, et al.,

                Plaintiffs,

       - against -

DEUTSCHE LUFTHANSA AG, et al.,

                Defendants.
-------------------------------------------------------X

**ORDER**

08-CV-1079 (KAM) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

     Attorney Ralph B. Kalfayan is permitted to argue or try this case in whole or in part as counsel or advocate.  By April 2, 2010, Mr. Kalfayan shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Mr. Kalfayan shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.  Mr. Kalfayan shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

     **SO ORDERED.**

Dated: Brooklyn, New York
       March 25, 2010

                          /s/ James Orenstein
                          JAMES ORENSTEIN
                          U.S. Magistrate Judge