UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EUGENE M. LaFLAMME AND WORLD WIDE TOURS OF MISSION VALLEY, INC., individually and on behalf of all others similarly situated,<br>    Plaintiff,<br> vs.<br>SOCIETE AIR FRANCE, KONINKLIJKE LUCHTVAART MATSCHAPPIJ N.V., AMERICAN AIRLINES, INC., DEUTSCHE LUFTHANSA AG, and UNITED AIRLINES, INC.,<br>    Defendant | Case No.: 08-CV-1079 (KAM) (JO) |

## APPEARANCE

TO:  The Clerk of the Court and All Parties of Record:

PLEASE ENTER MY APPEARANCE as counsel in this case for plaintiffs Eugene M. LaFlamme and World Wide Tours of Mission Valley, Inc.  I certify that on March 25, 2010, I was admitted to practice in this court pro hac vice.

Dated:  March 26, 2010

_____
Ralph B. Kalfayan
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
625 Broadway, Suite 635
San Diego, CA 92101
rkalfayan@kkbs-law.com
619-232-0331

- 1 -